ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JUN -8 A 10: 15

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LUIS EDUARDO MORALES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 307-003 |
| | ) | |
| MICHAEL PUGH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this 28 U.S.C. § 2241 petition for habeas corpus relief is **DISMISSED** as **MOOT**.

SO ORDERED this 8th day of June, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE